UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80732-CIV-HURLEY

ADOBE LUMBER CO.,
CANDYCE PETRIE and SCOTT PETRIE,
    plaintiffs,

vs.

AMERICAN MASTER CRAFT STEEL
BUILDINGS CORP., DARREN FRANK a/k/a
CECIL FRANK and SOPHIA FRANK,
    defendants.
_____/

## AMENDED FINAL PARTIAL SUMMARY JUDGMENT ADDING PREJUDGMENT INTEREST TO DAMAGES AWARDED ON LIQUIDATED COMPENSATORY DAMAGE CLAIMS

**THIS CAUSE** is before the court upon plaintiff's motion to amend the final partial summary judgment entered against defendant American Master Craft on October 13, 2006 to include prejudgment interest [DE# 63]. Having duly considered the motion, to which the defendant has filed no response in opposition, it is **ORDERED AND ADJUDGED**:

1. The plaintiff's motion to amend judgment to include prejudgment interest [DE# 63] is

   **GRANTED**, and the final partial summary judgment entered October 13, 2006 [DE# 52] is now amended to add the following provisions on prejudgment interest:

a. The plaintiff, **ADOBE LUMBER CO.,** shall take and recover prejudgment interest on the liquidated damages component of its contract claim against defendant **AMERICAN MASTER CRAFT STEEL BUILDINGS CORP.** in the amount of **$68,701.97** for the years 1999-2006, which sum shall bear post-judgment interest

1

at the rate prescribed by 28 U.S.C. § 1961, *nunc pro tunc* to October 13, 2006, the date of entry of the original partial final summary judgment, for which let execution issue.

b.  The plaintiffs, **SCOTT PETRIE AND CANDYCE PETRIE,** shall take and recover prejudgment interest on the liquidated damages component of their contract claims against defendant **AMERICAN MASTER CRAFT STEEL BUILDINGS CORP.** in the amount of **$24,775.42** for the years 2002-2006, which sum shall bear post-judgment interest at the rate prescribed by 28 U.S.C. § 1961, *nunc pro tunc* to October 13, 2006, the date of original partial final summary judgment, for which let execution issue.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 7 day of December, 2006.

> Daniel T. K. Hurley
> United States District Judge

cc. all counsel

2