UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80732-CIV-HURLEY

ADOBE LUMBER CO., et al.,
    plaintiff,

vs.

**CLOSED CASE**

AMERICAN MASTER CRAFT
STEEL BUILDINGS CORP. et al.,
    defendants.
_____/

## ORDER OF CLOSE-OUT

**THIS CAUSE** was previously resolved upon entry of final judgment dated December 15, 2006 upon the fraud claims of all plaintiffs against all defendants, and the supplemental final judgment dated December 15, 2006 upon the breach of contract claim of the Petrie plaintiffs against the defendant American Master Craft Buildings Corp.

There being nothing further for the court to resolve, it is hereby

**ORDERED AND ADJUDGED:**

1. The Clerk of the Court shall enter the case as **CLOSED** and terminate any pending motions as **MOOT**. The court shall reserve jurisdiction for purposes of enforcing its judgments and determining any issues pertaining to the entitlement and amount of attorneys' fees and costs.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 6th day of January, 2007.

                                        Daniel T. K. Hurley
                                        United States District Judge

copies to:
all counsel