UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80732-CIV-HURLEY

ADOBE LUMBER CO.,
CANDYCE PETRIE and
SCOTT PETRIE,
    plaintiffs

vs.

AMERICAN MASTER CRAFT STEEL BUILDINGS CORP.,
DARREN FRANK a/k/a CECIL D. FRANK and
SOPHIA FRANK,
    defendants.
_____/

## ORDER CORRECTING DECEMBER 20, 2006 FINAL JUDGMENT ON FRAUDULENT INDUCEMENT AND CORPORATE SHAM CLAIMS OF PETRIE PLAINTIFFS

**THIS CAUSE** is before the court upon the plaintiff Candyce Petrie's Rule 60(b) Motion to Correct the Court's Opinion Memorandum & Final Judgment on Fraudulent Inducement and Corporate "Sham" Claims Against all Defendants entered December 20, 2006 [DE# 91].

Defendants have filed no response in opposition to this motion.

Upon consideration, it is **ORDERED AND ADJUDGED:**

1. The Court inadvertently omitted an express provision for compensatory damages on the plaintiff's fraudulent inducement claim against the individual defendant Darren Frank in the decretal portion of its Opinion Memorandum and Final Judgment on Fraudulent Inducement and Corporate "Sham" Claims Against all Defendants entered December 20, 2006 [DE # 89].

1

2. Accordingly, the plaintiff Candyce Petrie's Rule 60(b) motion to correct the December 15, 2006 judgment [DE# 910 is **GRANTED**, and paragraph no. 2 of the decretal portion of the December 15, 2006 judgment is accordingly **CORRECTED and AMENDED**, *nunc pro tunc*, to read as follows:

> "2. As the court finds sufficient evidence to sustain the fraudulent inducement claim of plaintiff Candyce Petrie (Count 4), the defendant American Master Craft Building Corp. and the defendant Darren Frank are now adjudicated liable to Candyce Petrie upon this claim. Candyce Petrie shall recover the sum of **$179,400 in compensatory damages** upon this claim against the defendant **DARREN FRANK**, individually, and shall further recover the sum of **$179,400 in punitive damages** upon this claim against the defendant **DARREN FRANK, individually**, and the defendant **AMERICAN MASTER CRAFT BUILDINGS CORP.**, jointly and severally, for which let execution issue."

**DONE AND SIGNED** in Chambers at West Palm Beach, Florida this 3rd day of February, 2007.

Daniel T. K. Hurley
United States District Judge

copies to:
all counsel